IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:03CR394 |
| vs. | ) | ORDER |
| CYNTHIA CASTELLANOS, | ) | |
| Defendant. | ) | |

This matter is before the court on the government's motion for revocation of the appearance bond of defendant Cynthia Castellanos (Castellanos) (Filing No. 140). Castellanos was released on conditions and apparently has absconded. The government seeks a hearing on the motion after notice to interested parties. The motion for a hearing is granted. All interested parties shall attend such hearing or such parties' interest in the appearance bond may be forfeited.

**IT IS ORDERED:**

1. A hearing on the government's motion for revocation of Castellanos' appearance bond is scheduled for 11:30 a.m. on November 30, 2006, in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2. The clerk shall provide a copy of this order to the following interested parties:

   A. Lola Riche
      2708 Avenue L
      Council Bluffs, IA 51501

   B. Victor F. Terry
      319 South 17th Street, Suite 728
      Omaha, NE 68102.

DATED this 13th day of November, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge